**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**John Andrew SPEAGLE, Sr.,
Defendant—Appellant.**

**No. 11–7071.**

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 15, 2011.

Decided Dec. 20, 2011.

John Andrew Speagle, Sr., Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Andrew Speagle, Sr., appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence based on the Government's failure to file a *U.S. Sentencing Guidelines Manual* ("USSG") § 5K1.1 motion for a downward departure. Because Speagle's claim is not a proper basis for a motion under 18 U.S.C. § 3582(c)(2), *see* USSG § 1B1.10 cmt. n. 1(A), we affirm the district court's order.* We dispense with

---

* We may affirm a district court's judgment on any grounds apparent from the record. *See*

oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

*MM ex rel. DM v. Sch. Dist. of Greenville Cnty.*, 303 F.3d 523, 536 (4th Cir.2002).